UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Chadrick T. Summers           :           Case #: 04-68383
       Deanna L. Summers

                                                             :           Chapter 13

                                                             :           Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 31, 2010                           /s/ Frank M. Pees_____
                                                                  Frank M. Pees
                                                                    Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Chadrick T. Summers | $5.67 |
| Deanna L. Summers | |
| 3487 Stockdale Road | |
| Beaver, OH 45613 | |